IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOSEPH L. PERRY                                                                                           PLAINTIFF

vs.                                              CASE NO. **2:04CV207GH**

JOHN E. POTTER, POSTMASTER
GENERAL, UNITED STATES POSTAL SERVICE                                         DEFENDANT

## JUDGMENT

Pursuant to the Order entered this date, judgment is entered in favor of defendant. The complaint is hereby dismissed with prejudice.

IT IS SO ORDERED this 5th day of January, 2007.

*George Howard Jr*
UNITED STATES DISTRICT JUDGE

-1-